## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Sean Nelb, being duly sworn depose and state as follows:

2. I have been employed by the National Park Service for 5 years.  As part of my duties, I routinely investigate violations of Park Service regulations, including violations of Title 36, Code of Federal Regulations, Section 2.13(a)(1), Fire Outside Designated Area.

3. The facts submitted in support of this affidavit, as contained in the following paragraphs, are based in part on information provided by other law enforcement officers, as well as my own personal knowledge.

4. This affidavit is being submitted in support of a criminal complaint and request for an arrest warrant charging Robert Stroud with a violation of Title 36, Code of Federal Regulations, Section 2.13(a)(1), Fire Outside Designated Area. Due to the limited purpose of this affidavit, I have not included every fact known concerning this investigation, although, to the best of my information, knowledge and belief, I have not omitted any material fact that undermines the statements and conclusions herein.  I have set forth only the facts I believe are necessary to establish probable cause to show that Robert Stroud committed Fire Outside Designated Area, in violation of 36 CFR 2.13(a)(1).

## INVESTIGATION

5. On August 22, 2021, Robert Stroud was contacted by Officer Eric Paul and issued a citation for having a fire in an undesignated area in the Colorado National Monument.  During that contact, Officer Paul explained to Mr. Stroud the regulations regarding camping and fires in the Colorado National

Monument.  Mr. Stroud was also suspected of having started a second fire in the Monument.

6.  That same evening, I also contacted Mr. Stroud.  He was walking, wearing only socks on his feet, and had travelled approximately two miles from where he was contacted by Officer Paul.  It also appeared that he was out of food and water.  I offered him transportation to Grand Junction or Fruita.  He declined my assistance.  I informed him, as Officer Paul had done earlier, about the regulations concerning camping and fires in the Monument.  Based on my interactions with Mr. Stroud, I suspected that he may be suffering from mental health issues.

7.  Today, at approximately 0700, while patrolling the Monument on Rim Rock Drive near mile 14, I saw a bicycle that I recognized as belonging to Mr. Stroud.  I also saw smoke rising through the trees in an area about 50 feet from the road and could smell a wood fire.  I saw flames as I parked my vehicle.  I walked through the trees and contacted Mr. Stroud sitting by a campfire.  He said he started the fire 45 minutes earlier.  It consisted of a few gathered branches in a three-foot diameter area.  The fire was underneath a standing tree with low branches and was also burning into the pine duff that was around.  There was a high risk that the fire could spread and cause significant resource damage, as well as endanger the public.  The fire department responded to extinguish the fire.

8.  The area where Mr. Stroud started the fire is not designated for fires.  In fact, wood fires are not allowed anywhere within the Colorado National Monument.

Based on my own contact with Mr. Stroud, as well as Officer Paul's contact, Mr. Stroud was fully aware of the rules regarding fires in the Monument.

9. Because Mr. Stroud has repeatedly started fires in the Monument, I place Mr. Stroud in custody and transported him to the Mesa County Detention Facility pending this complaint and an initial appearance.

<u>**CONCLUSION**</u>:

10. Based on the above captioned information, it is requested that a warrant be issued for Robert Stroud for Fire Outside Designated Area, in violation of 36 CFR 2.13(a)(1).


*s/   Sean Nelb*
Sean Nelb, U.S. Park Ranger


Submitted, attested to, and acknowledged before me by reliable electronic means on DATE.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO


**Affidavit reviewed and submitted by Jeremy Chaffin, Assistant United States Attorney.**